[No. 24772-7-I.  Division One.  February 18, 1992.]

HYLA SALTZ, *Appellant*, v. TAI TUNG, INC.,
*Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 88-2-10640-1, Mary Wicks Brucker, J., entered October 13, 1989. *Reversed* by unpublished opinion per Kennedy, J.; Scholfield and Agid, JJ., dissent in part by separate opinions.

[No. 27439-2-I.  Division One.  February 18, 1992.]

ERIC GOODRICH, *Appellant*, v. MARGIE TAYLOR-COX,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 87-2-02272-1, Robert C. Bibb, J., entered November 27, 1990. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Grosse, C.J., and Kennedy, J.

[No. 25679-3-I.  Division One.  February 18, 1992.]

MARIA T. HALL, ET AL, *Respondents*, v. FRANKLIN
ELLEFSEN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-2-03641-0, Stuart C. French, J., entered January 25, 1990. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Webster, A.C.J., Baker, J., dissenting.